Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone: (503) 227-4600/FAX: (503) 248-6800
e-mail: maynards@bennetthartman.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEFFREY K. COCHELL,**    Civil No. 3:14-cv-01201-ST

    Plaintiff,    ORDER

    v.

CAROLYN COLVIN,
Commissioner, Social Security Administration,

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that: attorney fees in the amount of $5,899.05 and expenses in the amount of $15.72, pursuant to 28 U.S.C § 2412, and costs in the amount of $9.90, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $5,924.67. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _____3rd_____ day of __November__, 2015

_____
(Authorizing Signature)

Submitted by:

/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – J. COCHELL